UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22327-CV-DIMITROULEAS

JUSTIN SAWYER,

       Petitioner,

v.

ASSISTANT FIELD OFFICE DIRECTOR,

       Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner JUSTIN SAWYER,

("Petitioner")'s Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1], filed April

3, 2026. The Court has considered the Petition [DE 1], Respondents' Response [DE 9], and

Petitioner's Reply [DE 12] and is otherwise fully advised in the premises.

Based on the recent ruling by the Eleventh Circuit Court of Appeals in *Hernandez*

*Alvarez v. Warden, Federal Detention Center Miami, et al.,* Case Nos. 25-14065; 25-14075

(May 6, 2026), which is persuasively binding on this Court until the mandate issues,

§1225(b)(2)(A) does not apply to Petitioner. Rather, § 1226(a) and its implementing regulations

govern Petitioner's detention, entitling Petitioner to an individualized bond hearing as a detainee

under § 1226(a). *See id.* The Court takes no position as to whether Petitioner should be granted

release on bond by the Immigration Judge, just that Petitioner is entitled to an individualized

bond hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Petition [DE 1] is

**GRANTED IN PART** as follows:

1. Respondents shall afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days, by **June 5, 2026,** and file a notice in the record upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.

2. A hearing in this matter is hereby set for 1:00 P.M. on **Thursday, June 11, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

4. The Court **RETAINS JURISDICTION** to enforce this Order.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

**Justin Sawyer**
A# 201-958-948
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE